UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVE GALINSKI,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MEDAESTHETIC PARTNERS, INC.,<br>MAF MEDICAL PC, and MICHAEL A. FIORILLO,<br>MD,<br><br>Defendants. | Case No. 7:25-cv-07287-PMH<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant Advanced MedAesthetic Partners, Inc., through its undersigned counsel, hereby states that its parent company is AMP Holdings, LLC, which is wholly owned by AMP InvestCo, LLC. Advanced MedAesthetic Partners, Inc., further states that no publicly held corporation currently owns 10% or more of its stock.

Dated: November 19, 2025
       New York, New York

FORDHARRISON LLP

By: */s/ Shawndra G. Jones*
    Shawndra G. Jones
    366 Madison Avenue, 7th Floor
    New York, New York 10017
    T: 212-453-5927
    sjones@fordharrison.com

    *Attorneys for Defendant Advanced
    MedAesthetic Partners, Inc.*