# FORD HARRISON

> Application granted. The initial conference scheduled for February 11, 2026 is adjourned to February 12, 2026 at 10:00 a.m., using the same dial-in instructions previously provided.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 37.
>
> SO ORDERED.
>
> *[signature]*
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>       January 29, 2026

January 28, 2026

VIA CM/ECF

The Hon. Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    *Eve Galinski v. Advanced MedAesthetic Partners, Inc., et al.*, Case No. 25-cv-07287-PMH

Dear Judge Halpern:

This firm represents Defendant Advanced MedAesthetic Partners, Inc. ("Defendant AMP") in the above-referenced case. Pursuant to Rule 1(B) of Your Honor's Individual Practices in Civil Cases, we respectfully submit this letter-motion to request an adjournment of the initial conference, which is currently scheduled for February 11, 2026, at 10:00 a.m.

We request the adjournment because the undersigned counsel has a potential professional conflict due to a previously scheduled matter for that date. Counsel for Defendants MAF Medical PC and Michael A. Fiorillo, MD, and counsel for Plaintiff Eve Galinski consent to this request for an adjournment. In accordance with these reasons, we respectfully submit this request.

The following alternate conference dates at 10:00 a.m. are mutually agreeable to all counsel who plan to attend the initial conference:  February 12, 2026; February 13, 2026; February 17, 2026; February 19, 2026; February 20, 2026; February 24, 2026; February 26, 2026; and February 27, 2026.

This letter sets forth Defendant AMP's first request for an adjournment of the initial conference.

Thank you for your consideration of our submission.

Respectfully submitted,

*/s/ Shawndra G. Jones*

Shawndra G. Jones, Esq.

Cc: All Counsel of Record (via CM/ECF)