**FORD**HARRISON

366 Madison Avenue | 7th Floor
New York, New York 10017

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 47.
>
> SO ORDERED.
>
> *[signature]*
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         May 13, 2026

May 12, 2026

VIA CM/ECF

The Honorable Philip M. Halpern
United States District Judge
The Honorable Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    *Eve Galinski v. Advanced MedAesthetic Partners, Inc., et al.*, Case No. 25-cv-07287-PMH

Dear Judge Halpern:

This firm represents Defendant Advanced MedAesthetic Partners, Inc., in the above-referenced case. Pursuant to Rule 1(B) of Your Honor's Individual Practices in Civil Cases, we respectfully submit this letter-motion jointly with Plaintiff's counsel and Co-defendants' counsel to request a 15-day extension of time, from Thursday, May 14, 2026, to Friday, May 29, 2026, to file a joint submission pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and a fully executed proposed settlement agreement. We request this additional time to finalize the submission and the settlement documents.

This letter sets forth our first request for an extension of time to file the joint submission.

Thank you for your consideration of our request.

Respectfully submitted,

*/s/ Shawndra G. Jones*

Shawndra G. Jones, Esq.

Cc: All Counsel of Record (via CM/ECF)