# FORDHARRISON

366 Madison Avenue, 7th Floor

Application granted.

The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 49.

SO ORDERED.

*[signature]*

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
         June 1, 2026

May 29, 2026

VIA CM/ECF

The Honorable Philip M. Halpern
United States District Judge
The Honorable Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

> Re:    *Eve Galinski v. Advanced MedAesthetic Partners, Inc., et al.*, Case No. 25-cv-07287-PMH

Dear Judge Halpern:

This firm represents Defendant Advanced MedAesthetic Partners, Inc., in the above-referenced case. Pursuant to Rule 1(B) of Your Honor's Individual Practices in Civil Cases, we respectfully submit this letter-motion jointly with Plaintiff's counsel and Co-defendants' counsel to request a one-week extension of time, from Friday, May 29, 2026, to Friday, June 5, 2026, to file a joint submission pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and a fully executed proposed settlement agreement. We request this additional time to obtain all parties' signatures on the settlement documents.

This letter sets forth our second request for an extension of time to file the joint submission. Your Honor granted our prior joint request on May 13, 2026.

Thank you for your consideration of our request.

> Respectfully submitted,
>
> */s/ Shawndra G. Jones*
>
> Shawndra G. Jones, Esq.

Cc: All Counsel of Record (via CM/ECF)